In the Matter of the Application of DAPHNE HELLMAN, Appellant, for an Order Awarding Her the Custody of ALEXANDER BULL, an Infant.

HARRY BULL, Respondent-Appellant.

Argued November 22, 1943; decided January 6, 1944.

*I. Maurice Wormser, René A. Wormser* and *Michael J. Kiely, Jr.,* for petitioner-appellant.

*George W. Whiteside, Dwight R. Collin* and *Henry A. Bull* for· respondent-appellant.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.